Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY WHITE, Appellant.

Submitted July 23, 2007; decided September 6, 2007

Reported below, 40 AD3d 662.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

NICHOLAS RAFFELLINI, Respondent, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.

Submitted August 27, 2007; decided September 6, 2007

Reported below, 36 AD3d 92.

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of RIVERKEEPER, INC., Respondent, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 1.)

In the Matter of RICHARD FEUERMAN et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 2.)

In the Matter of CROTON WATERSHED CLEAN WATER COALITION, INC., et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 3.)

Submitted September 4, 2007; decided September 6, 2007

Reported below, 32 AD3d 431.

Motion by Association of Towns of State of New York et al. for leave to file a brief amici curiae on the appeal herein granted.

Two copies of the brief must be served and 24 copies filed within seven days.

---

In the Matter of RIVERKEEPER, INC., Respondent, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 1.)

In the Matter of RICHARD FEUERMAN et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 2.)

In the Matter of CROTON WATERSHED CLEAN WATER COALITION, INC., et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 3.)

Submitted September 4, 2007; decided September 6, 2007

Reported below, 32 AD3d 431.

Motion by Building and Realty Institute of Westchester & The Mid-Hudson Region for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

---

In the Matter of RIVERKEEPER, INC., Respondent, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 1.)

In the Matter of RICHARD FEUERMAN et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 2.)

In the Matter of CROTON WATERSHED CLEAN WATER COALITION, INC., et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants. (Proceeding No. 3.)

Submitted September 4, 2007; decided September 6, 2007

Reported below, 32 AD3d 431.

Motion by Real Estate Board of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.